VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
MELISSA INGLEBY, ESQ.
Nevada Bar No.: 12935
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
       mingleby@nelsonlawfirmlv.com
*Attorney for Kathryn L. Pauli*
*fka as Kathryn L. Hodapp*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN L. PAULI, formerly known as KATHRYN L, HODAPP,<br><br>Plaintiff,<br><br>v.<br><br>CIT BANK, N.A, and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-01556-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT CIT BANK'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUEST FOR ATTORNEY'S FEES AND TO EXTEND MOVANT'S DEADLINE TO FILE A REPLY IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT AND REQUEST FOR ATTORNEY'S FEES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Kathryn Pauli and Defendant CIT Bank ("CIT"), by and through their undersigned counsel of record as follows:

(1) This is the first request for an extension of time for Plaintiff to file her Opposition to Defendant's Motion to Enforce Settlement Agreement and Request for Attorney's Fees ("Motion").

(2) Plaintiff's Opposition to Defendant's Motion, [ECF No. 39], is due Thursday, August 16, 2018.

(3) Defendant agrees, based upon Plaintiff's counsel's prescheduled vacation to give Plaintiff until August 24, 2018 to file her Opposition to Defendant's Motion.

(4) Plaintiff, in return, agrees to give Defendant an extension to file its Reply through September 6, 2018.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: August 10th, 2018 | Dated: August 10th, 2018 |
| THE LAW OFFICE OF VERNON NELSON | GREENBERG TRAURIG, LLC |
| /s/ Melissa Ingleby | /s/ Eric Swanis |
| VERNON A. NELSON, JR., ESQ.<br>Nevada Bar No. 06434<br>MELISSA INGLEBY, ESQ.<br>Nevada Bar No. 12935<br>9480 S. Eastern Avenue, Suite 252<br>Las Vegas, Nevada 89123<br>T: 702-476-2500 \| F: 702-476-2788<br>*Attorneys for Plaintiff Kathryn L. Pauli* | Jacob D. Bundick, ESQ.<br>Nevada Bar No.: 09772<br>ERIC SWANIS, ESQ.<br>Nevada Bar No.: 06840<br>3773 Howard Hughes Parkway,<br>Suite 400 North<br>Las Vegas, Nevada 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>*Attorneys for Defendant CIT BANK, N.A.* |

**ORDER**

**IT IS SO ORDERED.**

Dated: August 17, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Case No.: 2:17-cv-01556-APG-PAL