VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Kathryn L. Pauli
fka as Kathryn L. Hodapp*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN L. PAULI, formerly known as KATHRYN L, HODAPP,<br><br>Plaintiff,<br><br>v.<br><br>CIT BANK, N.A, and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 2:17-cv-01556-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS CIT BANK, N.A., AND EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE** |

Upon agreement between Plaintiff, KATHRYN L. PAULI, formerly known as KATHRYN L, HODAPP ("Plaintiff") and Defendants CIT BANK, N.A, and EQUIFAX INFORMATION SERVICES LLC, ("Defendants"):

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Defendants, CIT BANK, N.A, and EQUIFAX INFORMATION SERVICES LLC, shall be dismissed from this action, with prejudice.

Each party shall bear its own costs and attorney's fees.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | DATED this 2nd day of October, 2018. | DATED this 2nd day of October, 2018. |
| 2 | THE LAW OFFICE OF VERNON NELSON | GREENBERG TRAURIG, LLC |
| 3 | /s/ Vernon A. Nelson | /s/ Jacob Bundick |

DATED this 2nd day of October, 2018.

THE LAW OFFICE OF VERNON NELSON

/s/ Vernon A. Nelson
VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
9480 S. Eastern Avenue, Suite 252
Las Vegas, Nevada 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
Email: vnelson@nelsonlawfirmlv.com
*Attorney for Kathryn L. Pauli
fka as Kathryn L. Hodapp*

DATED this 2nd day of October, 2018.

GREENBERG TRAURIG, LLC

/s/ Jacob Bundick
JACOB D. BUNDICK, ESQ.
Nevada Bar No.: 09772
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: 702-792-3773
Facsimile: 702-792-9002
Email: bundickj@gtlaw.com
*Attorneys for Defendant CIT BANK, N.A.*

Dated this 2nd day of October, 2018

SNELL & WILMER, LLP

/s/ Bradley Austin
Bradley T. Austin, Esq.
Nevada State Bar No. 13064
3883 Howard Hughes Pkwy,
Suite 1100 Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Equifax Information Services LLC*

**IT IS SO ORDERED** per the stipulation of the parties, Defendants CIT BANK, N.A, and EQUIFAX INFORMATION SERVICES LLC, shall be dismissed from this action with prejudice.

**IT IS FURTHER ORDERED** per the stipulation of the parties, Plaintiff KATHRYN L. PAULI, formerly known as KATHRYN L, HODAPP and Defendants CIT BANK, N.A, and EQUIFAX INFORMATION SERVICES LLC, shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: 10/2/2018

CASE NO.: 2:17-cv-01556-APG-PAL